ROD DANIELSON, Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501-1749
(951) 826-8000   FAX (951) 826-8090

☐ Attorney for

☒ Chapter 13 Trustee

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

**Chapter: 13**

Case Number: **6:10-bk-22932-DS**

In re:   **DANIEL ZIMMERLY
DEANNA JO ZIMMERLY**

Debtor(s)

**TRUSTEE'S COMMENTS ON OR
OBJECTION TO APPLICATION
FOR
SUPPLEMENTAL FEES**

The undersigned Chapter 13 Trustee, having reviewed the Application for Supplemental Fees (the "Application") filed: **3/9/2011** as docket entry number ____28____ provides the following response to the Application:

SUMMARY OF FEES REQUESTED:  $500 FOR MOTION TO AVOID LIEN.

☒ APPROVE ON THE FOLLOWING CONDITIONS:

TRUSTEE'S RECOMMENDATION: $500 FOR MOTION TO AVOID LIEN.

**Counsel for debtor shall submit an order on this application via LOU.**

Dated: 03/11/2011

_____
Rod Danielson, Chapter 13 Trustee

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:125

July 2008

**F 3015-1.11**

| In re: **DANIEL ZIMMERLY** **DEANNA JO ZIMMERLY** Debtor(s) | **Chapter: 13** Case Number: **6:10-bk-22932-DS** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR SUPPLEMENTAL FEES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ___3-15-11___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
DANIEL ZIMMERLY
DEANNA JO ZIMMERLY
32050 CAMINO SENECO
TEMECULA, CA  92592

Attorney for Debtor
DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA  92653

Co Debtor

☐ Service Information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**(Indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _3-15-11_ | Susan Jones | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:125
July 2008

**F 3015-1.11**